No. 47617.—Protests 864813–G, etc., of Ampol, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47618.—Protests 808719–G, etc., of T. M. Duche & Sons, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 2, 1942

No. 47619.——Protest 5727–K of Biddle Purchasing Co. Plaintiff's application for rehearing granted.

OCTOBER 6, 1942

No. 47620.—SUIT 4370.——Alex. Benecke v. United States. C. D. 509 affirmed. C. A. D. 214.

BEFORE THE FIRST DIVISION, OCTOBER 7, 1942

No. 47621.—Petition 6228–R of John H. Graham & Co., Inc. (Ogdensburg).

Opinion by OLIVER, P. J. From the record the court was satisfied that there was no intent to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE SECOND DIVISION, OCTOBER 7, 1942

No. 47622.—Protest 994162–G of Gimbel Bros., Inc. (New York).

Opinion by KINCHELOE, J. The record showed that the coir or cocoa fiber rugs in question were made from continuous rolls of matting 50 yards in length, which matting was composed wholly of cocoa fiber; that the rugs in question were cut from the matting according to size desired and which matting had no visible lines of demarcation for the cutting of said rugs; and that such method was followed up to 1938. The merchandise was therefore held dutiable as articles made from matting, wholly or in chief value of cocoa fiber, at 10 cents per square yard under paragraph 1022 as claimed.